PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
ANDREW D. MUHLBACH (CA SBN 175694)
AMuhlbach@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
ALIPHCOM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MITCHELL FREEDMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALIPHCOM and DOES 1-100, inclusive,<br><br>Defendant. | Case No.   C 09-00971 CW<br><br>**STIPULATION AND EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Courtroom 2, 4th Floor<br>Hon.  Claudia Wilken<br><br>Complaint Filed:  March 5, 2009 |

Defendant Aliphcom ("Aliph") and Plaintiff Mitchell Freedman ("Plaintiff") hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint on March 5, 2009;

WHEREAS, on March 5, 2009, the Court entered an Order Setting Initial Case Management Conference and ADR Deadlines ("Scheduling Order");

WHEREAS, the Scheduling Order set an initial case management conference for June 9, 2009;

WHEREAS, Plaintiff filed the First Amended Complaint on or about April 9, 2009;

STIPULATION AND [PROPOSED] ORDER
Case No. C 09-00971 CW
sf-2679695

1

1  WHEREAS, on April 16, 2009, Plaintiff served Aliph with the First Amended Complaint, the Scheduling Order, and the summons;

3  WHEREAS, Aliph's responsive pleading deadline is currently May 6, 2009;

4  WHEREAS, the parties agreed to a 30-day extension of Aliph's time to respond to the First Amended Complaint, extending Aliph's responsive pleading deadline until June 5, 2009;

6  WHEREAS, Aliph has not previously requested or been granted any extensions of time to respond to Plaintiff's Complaint or First Amended Complaint;

8  WHEREAS, the Scheduling Order requires the parties to exchange initial disclosures, file a Rule 26(f) Report, and file ADR Certifications and Stipulations prior to June 5, 2009; and

10  WHEREAS, the parties wish to conserve the Court's and the parties' resources by continuing the June 9, 2009 case management conference and all related dates set forth in the Scheduling Order until after Aliph has responded to the First Amended Complaint.

13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1   IT IS HEREBY STIPULATED by and between the parties to this action, through their
2   respective counsel of record, that Aliph's responsive pleading deadline is extended until June 5,
3   2009 and that the June 9, 2009 case management conference should be continued until July 7,
4   2009 or until any later date more convenient for the Court.

5   Dated: May 4, 2009                           PENELOPE A. PREOVOLOS
                                                 ANDREW D. MUHLBACH
6                                                HEATHER A. MOSER
                                                 MORRISON & FOERSTER LLP
7

8                                                By:  /s/ Heather A. Moser
                                                     Heather A. Moser
9

10                                               *Attorneys for Defendant*
                                                 ALIPHCOM
11

12  Dated: May 4, 2009                           MARNIE C. LAMBERT
                                                 DAVIS MEYER & ASSOCIATES CO., LPA
13
                                                 JONATHAN D. SELBIN
14                                               KRISTEN E. LAW
                                                 LIEFF, CABRASER, HEIMANN &
15                                               BERNSTEIN, LLP

16                                               By:  /s/ Kristen E. Law
                                                     Kristen E. Law
17
                                                 *Attorneys for Plaintiff*
18                                               MITCHELL FREEDMAN

19       I, Heather A. Moser, am the ECF User whose ID and password are being used to file this
20  Stipulation. In compliance with General Order 45, X.B., I hereby attest that Kristen E. Law has
21  concurred in this filing.
22

23                                               By: /s/ Heather A. Moser
                                                     Heather A. Moser
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
Case No. C 09-00971 CW                                                                              3
sf-2679695

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Defendant Aliphcom's deadline for submitting its response to Plaintiff's First Amended Complaint is extended from May 6, 2009 until June 5, 2009; and

2. The case management conference currently scheduled for June 9, 2009 is hereby continued to July 7, 2009, at 2:00 p.m. All dates set forth in this Court's March 5, 2009 Order Setting Initial Case Management Conference and ADR Deadlines are vacated and shall be reset in accordance with the deadlines set forth in Federal Rule of Civil Procedure 26 and any applicable Civil and ADR Local Rules of this District.

5/5

Dated: _____, 2009

_____
The Honorable Claudia Wilken
United States District Judge

STIPULATION AND [PROPOSED] ORDER
Case No. C 09-00971 CW
sf-2679695

4