PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
ANDREW D. MUHLBACH (CA SBN 175694)
AMuhlbach@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
ALIPHCOM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MITCHELL FREEDMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALIPHCOM and DOES 1-100, inclusive,<br><br>Defendant. | Case No.   C 09-00971 CW<br><br>**STIPULATION AND ORDER FURTHER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Courtroom 2, 4th Floor<br>Hon. Claudia Wilken<br><br>Complaint Filed:  March 5, 2009 |

Defendant Aliphcom ("Aliph") and Plaintiff Mitchell Freedman ("Plaintiff") hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint on March 5, 2009;

WHEREAS, on March 5, 2009, the Court entered an Order Setting Initial Case Management Conference and ADR Deadlines ("Scheduling Order");

WHEREAS, the Scheduling Order set an initial case management conference for June 9, 2009;

WHEREAS, Plaintiff filed the First Amended Complaint on or about April 9, 2009;

STIPULATION AND [PROPOSED] ORDER
Case No. C 09-00971 CW
sf-2679695

1

1  WHEREAS, on April 16, 2009, Plaintiff served Aliph with the First Amended Complaint, the Scheduling Order, and the summons;

3  WHEREAS, Aliph's original responsive pleading deadline was May 6, 2009;

4  WHEREAS, this Court entered an order on May 5, 2009 extending Aliph's responsive pleading deadline until June 5, 2009 and continuing the case management conference to July 7, 2009;

7  WHEREAS, the parties agree that a short additional extension of time until July 1, 2009 for Aliph to respond to the First Amended Complaint would be appropriate and would not affect the initial case management conference; and

10  WHEREAS, due to a scheduling conflict, counsel further request the Court's permission to continue the July 7, 2009 case management conference for one week, until July 14, 2009.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that Aliph's responsive pleading deadline is extended until July 1, 2009 and that the currently scheduled July 7, 2009 case management conference should be continued until July 14, 2009 or until any later date more convenient for the Court.

Dated: June 2, 2009

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
HEATHER A. MOSER
MORRISON & FOERSTER LLP

By: /s/ Heather A. Moser
      Heather A. Moser

*Attorneys for Defendant*
ALIPHCOM

Dated: June 2, 2009

MARNIE C. LAMBERT
DAVIS MEYER & ASSOCIATES CO., LPA

JONATHAN D. SELBIN
KRISTEN E. LAW
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Kristen E. Law
      Kristen E. Law

*Attorneys for Plaintiff*
MITCHELL FREEDMAN

I, Heather A. Moser, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Kristen E. Law has concurred in this filing.

By: /s/ Heather A. Moser
     Heather A. Moser

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Defendant Aliph's deadline for submitting its response to Plaintiff's First Amended Complaint is further extended from June 5, 2009 until July 1, 2009; and

2. The case management conference currently scheduled for July 7, 2009 is hereby continued to July 14, 2009, at 2:00 p.m.

6/10

Dated: _____, 2009

_____
The Honorable Claudia Wilken
United States District Judge