1   PENELOPE A. PREOVOLOS (CA SBN 87607)
    PPreovolos@mofo.com
2   ANDREW D. MUHLBACH (CA SBN 175694)
    AMuhlbach@mofo.com
3   HEATHER A. MOSER (CA SBN 212686)
    HMoser@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   *Attorneys for Defendant*
    ALIPHCOM
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12

13   MITCHELL FREEDMAN, on behalf of himself        Case No.    C 09-00971 CW
     and all others similarly situated,
14                                                  **STIPULATION AND ORDER
                           Plaintiff,               EXTENDING TIME TO
15                                                  RESPOND TO FIRST AMENDED
           v.                                       COMPLAINT AND
16                                                  CONTINUING CASE
     ALIPHCOM and DOES 1-100, inclusive,            MANAGEMENT CONFERENCE**
17
                           Defendant.               CMC date: July 14, 2009
18                                                  Courtroom 2, 4th Floor
                                                    Hon.  Claudia Wilken
19
                                                    Complaint Filed:  March 5, 2009
20

21
     Defendant Aliphcom ("Aliph") and Plaintiff Mitchell Freedman ("Plaintiff") hereby stipulate and
22
     agree as follows:
23
           WHEREAS, Plaintiff filed the Complaint on March 5, 2009;
24
           WHEREAS, on March 5, 2009, the Court entered an Order Setting Initial Case
25
     Management Conference and ADR Deadlines ("Scheduling Order");
26
           WHEREAS, the Scheduling Order set an initial case management conference for June 9,
27
     2009;
28

STIPULATION AND [PROPOSED] ORDER
Case No. C 09-00971 CW                                                                    1
sf-2704135

1    WHEREAS, Plaintiff filed the First Amended Complaint on or about April 9, 2009;

2    WHEREAS, on April 16, 2009, Plaintiff served Aliph with the First Amended Complaint,

3    the Scheduling Order, and the summons;

4    WHEREAS, Aliph's original responsive pleading deadline was May 6, 2009;

5    WHEREAS, this Court entered an order on May 5, 2009 extending Aliph's responsive

6    pleading deadline until June 5, 2009 and continuing the case management conference to July 7,

7    2009;

8    WHEREAS, on June 10, 2009, this Court entered an order extending Aliph's responsive

9    pleading deadline until July 1, 2009 and continuing the case management conference for one

10   week, to July 14, 2009; and

11   WHEREAS, the parties are currently engaged in settlement negotiations, which they

12   believe are productive, and therefore agree that a short additional extension of Aliph's responsive

13   pleading date and the initial case management conference would be appropriate in light of their

14   negotiations and also would conserve judicial resources; and

15   WHEREAS, the parties accordingly request the Court's permission to continue the July

16   14, 2009 case management conference for three weeks, until August 4, 2009, and to extend

17   Aliph's responsive pleading deadline for three weeks, until July 22, 2009.

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

1       IT IS HEREBY STIPULATED by and between the parties to this action, through their

2  respective counsel of record, that Aliph's responsive pleading deadline is extended until July 22,

3  2009 and that the currently scheduled July 14, 2009 case management conference should be

4  continued until August 4, 2009 or until any later date more convenient for the Court.

5  Dated: June 24, 2009             PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
6                      HEATHER A. MOSER
MORRISON & FOERSTER LLP
7

8                      By:  /s/ Heather A. Moser
9                         Heather A. Moser

10                     *Attorneys for Defendant*
ALIPHCOM
11

12  Dated: June 24, 2009             MARNIE C. LAMBERT
DAVID P. MEYER & ASSOCIATES CO.,
13                      LPA

14                     JONATHAN D. SELBIN
KRISTEN E. LAW
15                     LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
16

17                     By:  /s/ Kristen E. Law
                        Kristen E. Law
18                     *Attorneys for Plaintiff*
MITCHELL FREEDMAN
19

20       I, Heather A. Moser, am the ECF User whose ID and password are being used to file this

21  Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Kristen E. Law has

22  concurred in this filing.

23

24                     By: /s/ Heather A. Moser
                       Heather A. Moser

25

26

27

28

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2         1.    Defendant Aliph's deadline for submitting its response to Plaintiff's First Amended

3    Complaint is further extended from July 1, 2009 until July 22, 2009; and

4         2.    The case management conference currently scheduled for July 14, 2009 is hereby

5    continued to August 4, 2009, at 2:00 p.m.

6

7    Dated:  6/29/ 2009

8                                                              _____

9                                                              The Honorable Claudia Wilken
                                                               United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28