1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   PPreovolos@mofo.com
2  ANDREW D. MUHLBACH (CA SBN 175694)
   AMuhlbach@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
   HMoser@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  *Attorneys for Defendant*
   ALIPHCOM
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                     OAKLAND DIVISION

12

| | |
|---|---|
| 13  MITCHELL FREEDMAN, on behalf of himself and all others similarly situated, | Case No.   C 09-00971 CW |
| 14                              Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| 15  v. | |
| 16  ALIPHCOM and DOES 1-100, inclusive, | |
| 17                              Defendant. | CMC date: August 4, 2009<br>Courtroom 2, 4th Floor<br>Hon.  Claudia Wilken |
| 18 | |
| 19 | Complaint Filed:  March 5, 2009 |

20

21 Defendant Aliphcom ("Aliph") and Plaintiff Mitchell Freedman ("Plaintiff") hereby stipulate and
22 agree as follows:
23      WHEREAS, Plaintiff filed the Complaint on March 5, 2009;
24      WHEREAS, on March 5, 2009, the Court entered an Order Setting Initial Case
25 Management Conference and ADR Deadlines ("Scheduling Order");
26      WHEREAS, the Scheduling Order set an initial case management conference for June 9,
27 2009;
28

STIPULATION AND [PROPOSED] ORDER
Case No. C 09-00971 CW
sf-2710104

1

1    WHEREAS, Plaintiff filed the First Amended Complaint on or about April 9, 2009;

2    WHEREAS, on April 16, 2009, Plaintiff served Aliph with the First Amended Complaint, the Scheduling Order, and the summons;

4    WHEREAS, Aliph's original responsive pleading deadline was May 6, 2009;

5    WHEREAS, thereafter, the parties requested a series of short extensions of Aliph's responsive pleading deadline and short continuances of the case management conference;

7    WHEREAS, on June 24, 2009, the parties requested a further three-week extension of the responsive pleading deadline and continuance of the case management conference to accommodate their settlement negotiations;

10    WHEREAS, accordingly, on June 29, 2009, this Court granted the parties' request and entered an order extending Aliph's responsive pleading deadline until July 22, 2009 and continuing the case management conference for three weeks, to August 4, 2009;

13    WHEREAS, the parties have reached a settlement in principle, and therefore agree that a further additional extension of Aliph's responsive pleading date and the initial case management conference would be appropriate in light of their negotiations and also would conserve judicial resources; and

17    WHEREAS, the parties accordingly request the Court's permission to continue the August 4, 2009 case management conference until September 22, 2009, and to extend Aliph's responsive pleading deadline until September 2, 2009.

//
//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER
Case No. C 09-00971 CW
sf-2710104

2

1    IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that Aliph's responsive pleading deadline is extended until September 2, 2009 and that the currently scheduled August 4, 2009 case management conference should be continued until September 22, 2009 or until any later date more convenient for the Court.

Dated: July 9, 2009

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
HEATHER A. MOSER
MORRISON & FOERSTER LLP

By:   /s/ Heather A. Moser
        Heather A. Moser

*Attorneys for Defendant*
ALIPHCOM

Dated: July 9, 2009

MARNIE C. LAMBERT
DAVID P. MEYER & ASSOCIATES CO., LPA

JONATHAN D. SELBIN
KRISTEN E. LAW
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   /s/ Kristen E. Law
        Kristen E. Law

*Attorneys for Plaintiff*
MITCHELL FREEDMAN

    I, Heather A. Moser, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Kristen E. Law has concurred in this filing.

By:  /s/ Heather A. Moser
      Heather A. Moser

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

    1.    Defendant Aliph's deadline for submitting its response to Plaintiff's First Amended Complaint is further extended from July 22, 2009 until September 2, 2009; and

    2.    The case management conference currently scheduled for August 4, 2009 is hereby continued to September 22, 2009, at 2:00 p.m.

7/14/09

Dated: _____, 2009

*/s/ Claudia Wilken*

_____
The Honorable Claudia Wilken
United States District Judge

STIPULATION AND [PROPOSED] ORDER
Case No. C 09-00971 CW
sf-2710104

4