Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
Kristen E. Law (State Bar No. 222249)
klaw@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Marnie C. Lambert (CA Bar No. 165019)
DAVID P. MEYER & ASSOCIATES CO., LPA
1320 Dublin Road, Suite 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

Attorneys for Plaintiff and the putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| MITCHELL FREEDMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALIPHCOM and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 09-00971 CW<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
|---|---|

Plaintiff Mitchell Freedman ("Plaintiff") and Defendant AliphCom ("Aliph") have entered into a settlement agreement to resolve the above-captioned lawsuit (the "Litigation").  Plaintiff hereby voluntarily dismisses the Litigation with prejudice as to his individual claims and without prejudice as to the potential claims of any absent putative class members.  The rights of absent putative class members will not be prejudiced by the dismissal of the Plaintiff's claims with prejudice, because no class has been certified in this Litigation.  This notice of dismissal is made

833331.1

NOTICE OF  VOLUNTARY DISMISSAL
NO. C 09-00971 CW

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i); Aliph has not yet answered Plaintiff's First Amended Complaint.

Dated: September 8, 2009

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Kristen E. Law

Kristen E. Law

Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
Kristen E. Law (State Bar No. 222249)
klaw@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

ADDITIONAL COUNSEL FOR PLAINTIFF

Marnie C. Lambert (CA Bar No. 165019)
DAVID P. MEYER & ASSOCIATES CO., LPA
1320 Dublin Road, Suite 100
Columbus, Ohio 43215
Tel: (614) 224-6000
Fax: (614) 224-6066